# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Twin City Bricklayers Fringe Benefit Funds and the Trustees of the International Trowel Trades Pension Fund,

Plaintiffs,

vs.

Kevin C. Rygg, individually and d/b/a Town & County Masonry,

Defendant.

Civil File Number: 01-2365 JMR/SRN

**INJUNCTION**

Pursuant to this Court's Order dated March ______, 2002:

1. Defendant is to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendant is delinquent, together with interest and liquidated damages.
2. Defendant is to submit forthwith to Plaintiffs' TPA all his books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.
3. The Defendant shall cooperate in all ways with this audit.
4. Defendant is required to post with Plaintiffs' TPA a cash or surety bond in the amount of $30,000.00 to the Twin City Bricklayers Fringe Benefit Funds.
5. Defendant, acting through his directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, is MANDATED to submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

FILED MAR 27 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

BY THE COURT:

Dated: March 22nd, 2002

James M. Rosenbaum
Chief United States District Judge