# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

The Trustees of the Twin City Bricklayers Fringe Benefit Funds and the Trustees of the International Trowel Trades Pension Fund,

Plaintiffs,

vs.

Kevin C. Rygg, individually and d/b/a Town & Country Masonry,

Defendant.

Civil File No: 01-2365 JMR/SRN

**ORDER TO SHOW CAUSE**

---

TO: Kevin C. Rygg, individually and d/b/a Town & Country Masonry, Defendant above-named pro se:

YOU WILL PLEASE TAKE NOTICE that on the attached Affidavit of Andrew E. Staab, Esq., and on all files, records and proceedings herein, and on the motion of Andrew E. Staab, attorney for Plaintiffs, and the Court being duly advised in the premises.

1. IT IS HEREBY ORDERED THAT YOU, KEVIN C. RYGG, PERSONALLY APPEAR AND SHOW CAUSE, if any you have, before the Honorable James M. Rosenbaum, Chief United States District Judge, Seventh Floor, United States Courthouse and Federal Building, 316 North Robert Street, St. Paul, Minnesota, on the 18th day of October, 2002, at 10:15 o'clock a.m., or as soon thereafter as counsel can be heard, why the Court should not grant the relief requested in the attached Notice of Motion and Motion.

2. IT IS FURTHER ORDERED that you bring with you all books, payroll records, and employment records of Town & Country Masonry, from January 1999 to the present including payroll cards, and tax returns, both federal and state for tax years 1999, 2000, and 2001.

SEP 2002

3. Let this Order to Show Cause be served on Defendant personally by giving them a certified copy of the same.

Dated: September 11, 2002

BY THE COURT:

James M. Rosenbaum
Chief U.S. District Judge

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

The Trustees of the Twin City Bricklayers Fringe Benefit Funds and the Trustees of the International Trowel Trades Pension Fund,

Civil File No. 01-2365 JMR/SRN

Plaintiffs,

vs.

**AFFIDAVIT OF ANDREW E. STAAB IN SUPPORT OF ORDER TO SHOW CAUSE**

Kevin C. Rygg, individually and d/b/a Town & Country Masonry,

Defendant.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

Andrew E. Staab under oath declares and states:

1. That Rosene, Haugrud & Staab, Chartered, represents the Plaintiffs above-named, and I am a shareholder attorney in said firm, and already on file is an Affidavit of Andrew E. Staab. This Affidavit of Andrew E. Staab is being filed in support of an Order to Show Cause why Defendant has failed to comply with this Court's Order.

2. That on March 26, 2002, this Court ordered and affirmatively enjoined Defendant to submit all payroll records and employment records to audit by Plaintiffs' auditor, to pay to Plaintiffs the contributions for all months for which Defendant is delinquent, and to post a cash or surety bond in the amount of not less than $30,000.00 to the Twin City Bricklayers Fringe Benefit Funds.

3. That on July 9, 2002, Defendant was personally served with a copy of the Court's Order ordering Defendants to schedule an audit with Plaintiff's administrative agent. The original Affidavit of

Personal Service is attached hereto and incorporated herein as Exhibit 1.

4. That as of the date hereof, Defendant has neither responded nor complied with this Court's Order of March 26, 2002 and Injunction dated March 22, 2002.

5. That upon information and belief, Defendant continues to work within the trades covered by the Collective Bargaining Agreement and Defendant continues to fail to submit payroll audit, or pay to Plaintiffs the required fringe benefit contributions.

6. That Plaintiffs have incurred attorney fees in excess of $800.00 in preparing and proving up this motion.

Further your affiant sayeth not.

Andrew E. Staab

Subscribed and sworn to before me

this 6th day of September 2002

Virginia Lee Lochner

Notary Public

HNER

...mmission Expires Jan. 3...

H:\Labor\6000_6080 Bricklayers\6041.53 Town & Country (Rygg)\Docs\Aff-AES - Order to Show.doc

Rosene, Haugrud & Stabb 02-981

**405 – SHERIFF'S RETURN** (Service) [Sec. 28-06 NDCC]

**STATE OF MINNESOTA** } SS.

County of

IN **U. S. District** COURT
Case No. **01-2365 JMR/SRN**

**The Trustees of the Twin City Bricklayers Fringe Benefit Funds and the Trustees of the International Trowel Trades Pension Fund,**

Plaintiff(s)

vs.

**Kevin C. Rygg, individually and d/b/a Town & Country Masonry,**

Defendant(s)

**Sheriff's Return**

STATE OF NORTH DAKOTA
COUNTY OF GRAND FORKS } SS.

I, Dan Hill, Sheriff of said county, do hereby certify and return that the attached **Letter, Findings of Fact, Conclusions of Law and Order and Injunction** in the above entitled action came into my hands for service on **June 3, 2002**; that on **July 9, 2002**, within said County and State, I served said **Letter et al on Kevin C. Rygg, individually and d/b/a Town & Country Masonry.**

Defendant(s)_______ therein named by delivering to and leaving a true and correct copy of same with **Kevin C. Rygg personally at 9:20 p.m.**

Dated at Grand Forks, North Dakota, this 10 July 2002

| **FEE:** | |
|---|---|
| Service | **$10.00** |
| Postage | |
| Mileage | **13.00** |
| Cell Phone Calls | |
| Total | **$23.00** |

**Dan Hill**
Sheriff of Grand Forks County, North Dakota 58208-2608

By [signature]
**Bernard J. Maxson, II, Deputy Sheriff (3611)**

EXHIBIT
1